HAMMELL v. SCHLEISSNER. (Supreme Court, Appellate Division, First Department. March Term, 1898.) Action by Rosa Hammell against Morris Schleissner. No opinion. Motion denied.

HAMMELL, Respondent, v. SCHLEISSNER, Appellant. (Supreme Court, Appellate Division, First Department. March Term, 1898.) Action by Rosa Hammell against Morris Schleissner. No opinion. Order reversed, with $10 costs and disbursements, on the authority of Merritt v. Williamson, 27 App. Div. 121, 50 N. Y. Supp. 113, and motion denied, with $10 costs.

HARRINGTON, Respondent, v. CHEDELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by Mary J. Harrington against Margaret A. Chedell. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

HARRIS, Appellant, v. THIRD AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. March Term, 1898.) Action by Harry B. Harris, an infant, by Henrietta Harris, his guardian ad litem, against the Third Avenue Railroad Company. No opinion. Order affirmed, with costs. See 52 N. Y. Supp. 1142.

HARTMAN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1898.) Action by Julius Hartman against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs, on the authority of Blaechinska v. Howard Mission, 130 N. Y. 497, 29 N. E. 755.

HAY, Respondent, v. INDIA WHARF BREWING CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by Smith Hay against the India Wharf Brewing Company. No opinion. Judgment affirmed, with costs.

HEILBRONN v. HERZOG. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Justus Heilbronn against Abraham S. Herzog. No opinion. Motion denied. See 45 N. Y. Supp. 268, 53 N. Y. Supp. 841.

In re HENDRIX. (Supreme Court, Appellate Division, Second Department. July 23, 1898.) In the matter of the application of Wilbur F. Hendrix for admission to the bar. No opinion. Application granted.

In re HENRY. (Supreme Court, Appellate Division, Second Department. June 28, 1898.) In the matter of the appointment of a committee of the property of Maria L. Henry, an alleged incompetent person. No opinion. Order affirmed, with $10 costs and disbursements.

HENRY ELIAS BREWING CO., Respondent, v. COMERFORD, Appellant. (Supreme 53 N.Y.S.—70

Court, Appellate Division, First Department. June 10, 1898.) Action by the Henry Elias Brewing Company against Patrick H. Comerford. W. Barnes, for appellant. S. Untermyer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to a proper application by the defendant for the examination of the officers of the plaintiff corporation, showing that the object of the examination is to obtain testimony for actual use upon the trial, and not an inspection of the books and papers.

HICKIE v. LOEW. (Supreme Court, Appellate Division, Second Department. June 14, 1898.) Action by Kate T. Hickie against Herman G. Loew.

PER CURIAM. Affidavits and the papers before us do not establish any moral delinquency on the part of the attorney. Assuming the most favorable aspect of the applicant's case, the attorney's fault, if fault there was, was that of negligence, for which the applicant has her remedy by a civil action.

HIRSHFELD v. BOPP et al. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Jacob Hirshfeld against John Bopp and others. No opinion. Motion denied, with $10 costs. See 52 N. Y. Supp. 1143.

In re HOGGATT. (Supreme Court, Appellate Division, Second Department. July 7, 1898.) In the matter of the application of Volney T. Hoggatt for admission to the bar. No opinion. Matter referred back to the committee on character for further investigation. See 52 N. Y. Supp. 1143.

In re HOLE. (Supreme Court, Appellate Division, Second Department. June 14, 1898.) In the matter of the application of Leonard H. Hole for admission to the bar. No opinion. Application granted.

HORTON v. FORTY-SECOND ST. RY. CO. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by Charlotte H. Horton against the Forty-Second Street Railway Company. No opinion. All the motions denied, with $10 costs of one motion. See 43 N. Y. Supp. 1156, 49 N. Y. Supp. 1138.

HORTON v. FORTY-SECOND ST. R. CO. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Charlotte A. Horton against the Forty-Second Street Railroad Company. No opinion. Motion granted, with $10 costs. See 43 N. Y. Supp. 1156, 49 N. Y. Supp. 1138.

HORTON v. FORTY-SECOND ST. R. CO. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Charlotte A. Horton against the Forty-Second Street Railroad Company. No opinion. Motion to dismiss granted, with $10 costs. See 43 N. Y. Supp. 1156, 49 N. Y. Supp. 1138.

HORTON v. FORTY-SECOND ST. R. CO. In re HORTON. (Supreme Court, Appellate